UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
SERIFOS MARITIME CORPORATION,
                                Plaintiff,

-against-

GLENCORE SINGAPORE PTE LTD,
                                Defendant.
------------------------------------------------------------X

22 Civ. 8012 (LGS)

ORDER

LORNA G. SCHOFIELD, District Judge:

WHEREAS, an initial conference was held in this case on January 25, 2023. It is hereby

**ORDERED** that, by **January 30, 2023**, the parties shall jointly file a revised proposed civil case management plan and scheduling order along with a joint letter requesting any specific alterations to the Court's standard discovery procedures, and providing support for any requests for additional time for any portions of discovery. It is further

**ORDERED** that Defendant shall file its motion to dismiss by **February 14, 2023**; Plaintiffs shall file their opposition by **March 7, 2023**; and Defendant shall file its reply by **March 17, 2023**.

The Clerk of Court is respectfully directed to close the motion at Dkt. No. 19.

Dated: January 26, 2023
       New York, New York

_____
**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**