HERBERT SMITH FREEHILLS
  NEW YORK LLP
        Peter J. Behmke
        Michael P. Jones
        Barron M. Flood
450 Lexington Avenue
New York, New York 10017
Tel:  (917) 542-7600
Fax:  (917) 542-7601
Email:    Peter.Behmke@hsf.com
              Michael.Jones@hsf.com
              Barron.Flood@hsf.com

*Attorneys for Glencore Singapore Pte Ltd.*

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SERIFOS MARITIME CORPORATION and ANDROS MARITIME AGENCIES LTD, <br><br> Plaintiffs, <br><br> vs. <br><br> GLENCORE SINGAPORE PTE LTD., <br><br> Defendant. | Case No. 1:22-cv-08012 (LGS) |

<u>**NOTICE OF MOTION TO DISMISS**</u>

**PLEASE TAKE NOTICE** that upon: (i) the accompanying Memorandum of Law; and

(ii) the Declaration of Peter J. Behmke dated February 14, 2023, and the exhibits thereto, defendant

Glencore Singapore Pte Ltd. ("GSPL") will move this Court, pursuant to Fed. R. Civ. P. 9(b) and

12(b)(6), to dismiss all claims contained in the Amended Verified Complaint (ECF No. 17) filed

by Serifos Maritime Corporation and Andros Maritime Agencies Ltd. on December 23, 2022.

GSPL's motion shall be made before the Honorable Lorna G. Schofield, United States District

Judge, at the Thurgood Marshall United States Courthouse, 40 Foley Square, Courtroom 1106,

New York, New York 10007.

**PLEASE TAKE FURTHER NOTICE** that, pursuant to this Court's Order dated January 26, 2023 (ECF No. 22), opposition papers, if any, shall be served on or before March 7, 2023.

Dated:    New York, New York
          February 14, 2023

                                    Respectfully submitted,

                                    HERBERT SMITH FREEHILLS
                                      NEW YORK LLP

                                    By:  /s/ *Peter J. Behmke*
                                         Peter J. Behmke
                                         Michael P. Jones
                                         Barron M. Flood
                                    450 Lexington Avenue
                                    New York, New York 10017
                                    Tel:  (917) 542-7600
                                    Fax:  (917) 542-7601
                                    Email:  Peter.Behmke@hsf.com
                                            Michael.Jones@hsf.com
                                            Barron.Flood@hsf.com

                                    *Attorneys for Glencore Singapore Pte Ltd.*