

The Honorable Lorna G. Schofield
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

Herbert Smith Freehills New York LLP
450 Lexington Avenue, 14th floor
New York, NY 10017
USA
T  +1 917 542 7600
F  +1 917 542 7601
D  +1 917 542 7611
E  Peter.Behmke@hsf.com
www.herbertsmithfreehills.com

Date
February 14 2023

**VIA ECF**

RE:  *Serifos Maritime Corporation v. Glencore Singapore Pte Ltd.*
     *Case No. 1:22-cv-08012 (LGS)*

Dear Judge Schofield:

Pursuant to Federal Rule of Civil Procedure 5.2(d) and Rule I(D)(3) of Your Honor's Individual Rules and Procedures for Civil Cases, we submit this letter motion seeking approval of a sealed filing in connection with Glencore Singapore Pte Ltd.'s ("GSPL") motion to dismiss the above-referenced action, which is being filed contemporaneously with this letter motion.

In support of its motion to dismiss, GSPL is filing a declaration attaching, *inter alia*, the ISO 8217:2017 standard.  The cover page to the ISO 8217:2017 standard states that it should not be "reproduced or utilized . . . in any form or by any means, including . . . posting on the internet."  Accordingly, to protect the confidentiality of the ISO standard, GSPL respectfully requests that this standard be sealed.

Consistent with the ECF Rules, GSPL will file a complete version of the declaration and its exhibits on ECF with the viewing level "Selected Parties," viewable by counsel of record and the Court, and a public version of the declaration with the ISO 8217:2017 standard replaced with a slipsheet.

Respectfully submitted,

/s/ *Peter J. Behmke*

Peter J. Behmke

cc:     All Counsel of Record (by ECF)

Herbert Smith Freehills New York LLP and Herbert Smith Freehills, an Australian Partnership, are separate member firms of the international legal practice known as Herbert Smith Freehills.

Herbert Smith Freehills New York LLP is a limited liability partnership registered in England and Wales with registered number OC375072. Its registered office is at Exchange House, Primrose Street, London EC2A 2EG.