UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------- X
     :
SERIFOS MARITIME CORPORATION,     :
     :
          Plaintiff,     :    22 Civ. 8012 (LGS)
     :
    -against-     :    <u>ORDER</u>
     :
GLOENCORE SINGAPORE PTE LTD,     :
     :
          Defendant.     :
------------------------------------------------------------- X

LORNA G. SCHOFIELD, District Judge:

    WHEREAS, a conference was held on August 2, 2023, to discuss the discovery disputes raised in the parties' letters.  It is hereby

    **ORDERED** that Plaintiff's motion to compel Defendant to remove redactions of sensitive commercial information from approximately 400 pages of certain documents is largely denied, except is granted as follows:  Defendant shall distinguish among the vessels in an anonymized manner and shall disclose the product sold.  It is further

    **ORDERED** that Plaintiff's motion to compel production of documents relating to Notices of Claim Defendant received after it learned of the contamination is granted in part as follows:  Defendant shall produce such documents up to and including March 16, 2022.  It is further

    **ORDERED** that Plaintiff's motion to compel production of Defendant's internal communications regarding the contamination event or Defendant's response is granted in part as follows:  Defendant shall produce such documents for the period up to and including March 16, 2022.  To the extent responsive documents in this or any other category are withheld or redacted, Defendant shall promptly include them on a privilege log.

Dated:  August 3, 2023
       New York, New York

                                                  LORNA G. SCHOFIELD
                                            UNITED STATES DISTRICT JUDGE