

<span style="color:blue">"The common law right of public access to judicial documents is firmly rooted in our nation's history," this right is not absolute and courts "must balance competing considerations against" the presumption of access.  *Lugosch v. Pyramid Co. of Onandaga*, 435 F.3d 110, 119-20 (2d Cir. 2006) (internal quotation marks omitted); *see also Nixon v. Warner Commc'ns, Inc.*, 435 U.S. 589, 599 (1978) ("[T]he decision as to access is one best left to the sound discretion of the trial court, a discretion to be exercised in light of the relevant facts and circumstances of the particular case.").  Defendant's conclusory assertion of the ISO standard's confidentiality is not dispositive of whether the public's right of access to judicial documents should be curbed here.

The request is DENIED without prejudice to renewal.  Defendant may refile a request to seal by **September 26, 2023**, with an explanation of the basis for the request that is sufficient under Second Circuit case law.  The Clerk of Court is respectfully directed to maintain all currently sealed documents under seal pending a possible renewed motion to seal by Defendant.  The Clerk of Court is respectfully direct to close the motion at Dkt. 29.</span>

Dated:  September 20, 2023
       New York, New York

**VIA ECF**

*[Signature]*

**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**

RE:     *Serifos Maritime Corporation v. Glencore Singapore Pte Ltd.*
        <u>Case No. 1:22-cv-08012 (LGS)</u>

Dear Judge Schofield:

Pursuant to Federal Rule of Civil Procedure 5.2(d) and Rule I(D)(3) of Your Honor's Individual Rules and Procedures for Civil Cases, we submit this letter motion seeking approval of a sealed filing in connection with Glencore Singapore Pte Ltd.'s ("GSPL") motion to dismiss the above-referenced action, which is being filed contemporaneously with this letter motion.

In support of its motion to dismiss, GSPL is filing a declaration attaching, *inter alia*, the ISO 8217:2017 standard.  The cover page to the ISO 8217:2017 standard states that it should not be "reproduced or utilized . . . in any form or by any means, including . . . posting on the internet."  Accordingly, to protect the confidentiality of the ISO standard, GSPL respectfully requests that this standard be sealed.

Consistent with the ECF Rules, GSPL will file a complete version of the declaration and its exhibits on ECF with the viewing level "Selected Parties," viewable by counsel of record and the Court, and a public version of the declaration with the ISO 8217:2017 standard replaced with a slipsheet.

Respectfully submitted,

/s/ *Peter J. Behmke*

Peter J. Behmke

cc:     All Counsel of Record (by ECF)

Herbert Smith Freehills New York LLP and Herbert Smith Freehills, an Australian Partnership, are separate member firms of the international legal practice known as Herbert Smith Freehills.

Herbert Smith Freehills New York LLP is a limited liability partnership registered in England and Wales with registered number OC375072.  ts registered office is at Exchange House, Primrose Street, London EC2A 2EG.