UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
                                                               :
SERIFOS MARITIME CORPORATION,                                  :
                                                               :
                                      Plaintiff,               :          22 Civ. 8012 (LGS)
                      -against-                                :
                                                               :                ORDER
GLOENCORE SINGAPORE PTE LTD,                                   :
                                                               :
                                      Defendant.               :
-------------------------------------------------------------- X

LORNA G. SCHOFIELD, District Judge:

        WHEREAS, on December 4, 2023, Defendant filed a letter motion (Dkt. 76) seeking the Court's

adjudication of a discovery dispute in advance of a deposition.  A telephonic hearing was scheduled for

December 6, 2023;

        WHEREAS, on December 6, 2023, counsel for Defendant emailed chambers to advise that the

parties had resolved the matter and a hearing was no longer necessary.  It is hereby

        **ORDERED** that Defendant's letter motion is DENIED as moot.  A copy of Defendant's

December 6, 2023, email is appended to this Order.  All discovery deadlines remain unchanged, except

that fact discovery is extended solely to accommodate the deposition that was the subject of the dispute.

The parties shall complete that deposition no later than **December 20, 2023**.

Dated:  December 7, 2023
        New York, New York

                                                        _____
                                                              LORNA G. SCHOFIELD
                                                        UNITED STATES DISTRICT JUDGE

| | |
|---|---|
| **From:** | Flood, Barron |
| **To:** | Schofield NYSD Chambers |
| **Cc:** | Behmke, Peter; Jones, Michael; Thomas L. Tisdale; Timothy Nast |
| **Subject:** | 1:22-cv-8012 (LGS), Serifos Maritime Corp. v. Glencore Singapore Pte. Ltd., Request for Cancellation of Discovery Conference |
| **Date:** | Wednesday, December 6, 2023 3:03:32 PM |

==**CAUTION - EXTERNAL:**==

Dear Judge Schofield,

This firm represents Glencore Singapore Pte Ltd. ("GSPL") in the above-referenced action.  Pursuant to the Court's Order dated December 5, 2023 (ECF No. 77), we write to advise the Court that during a meet and confer this afternoon, the parties were able to reach an agreement in principle to resolve the issues raised in GSPL's letter motion dated December 4, 2023 (ECF No. 76).  Accordingly, there is no longer a need for the discovery conference scheduled for this afternoon at 4:15 pm.  We thank the Court for its assistance in this matter.


Respectfully submitted,


**Barron M. Flood**
Senior Associate
Herbert Smith Freehills New York LLP


T  +1 917 542 7647  M  +1 404 386 7280   F  +1 917 542 7601

www.herbertsmithfreehills.com

Herbert Smith Freehills New York LLP and Herbert Smith Freehills, an Australian Partnership, are separate member firms of the international legal practice known as Herbert Smith Freehills.

This message is confidential and may be covered by legal professional privilege. If you are not the intended recipient you must not disclose or use the information contained in it. If you have received this email in error please notify us immediately by return email or by calling our main switchboard on +1 917 542 7600 and delete the email.

Further information is available from www.herbertsmithfreehills.com, including our Privacy Policy which describes how we handle personal information.

Herbert Smith Freehills New York LLP is a limited liability partnership registered in England and Wales with registered number OC375072. Its registered office is at Exchange House, Primrose Street, London EC2A 2EG.

This message was not intended or written to be used, and it cannot be used by any taxpayer, for the purpose of avoiding penalties that may be imposed on the taxpayer under U.S. Federal tax law.

Some of this material may constitute attorney advertising within the meaning of sections 1200.1 and 1200.6-8 of Title 22 of the New York Codes, Rules and Regulatory Advertising Regulations. The following statement is made in accordance with those rules: ATTORNEY ADVERTISING: PRIOR RESULTS DO NOT GUARANTEE A SIMILAR OUTCOME.

==**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.==