

CHRYSLER BUILDING
405 LEXINGTON AVE., 26TH FLOOR
NEW YORK, NY 10174
212-354-0025
FAX: 212-869-0067

TL@TISDALE-LAW.COM

**TISDALE & NAST**
LAW OFFICES, LLC

10 SPRUCE STREET
SOUTHPORT, CT 06890
203-254-8474
FAX: 203-254-1641

WWW.TISDALE-LAW.COM

February 9, 2024

<u>*Via ECF*</u>
Honorable Lorna G. Schofield
Thurgood Marshall
United States Courthouse
40 Foley Square
New York, NY 10007

  Re: Serifos Maritime Corporation and Andros Maritime Agencies Ltd. v. Glencore Singapore Pte Ltd.
    22-CV-8012 LGS
    T&N File No. 2984

Dear Judge Schofield,

  We are counsel for the above-captioned Plaintiffs and write in compliance with the Court's Order dated February 7, 2024. (ECF No. 87). Today, Plaintiffs are filing a redacted proposed supplemental second amended complaint ("SAC") with a redlined version showing the changes from the first amended complaint. Since Defendant Glencore Singapore Pte. Ltd. ("GSPL") asserts confidentiality over portions of the proposed SAC (Letter Motion ECF No. 70), Plaintiffs have also filed under seal an unredacted version of the proposed supplemental SAC with the information Defendant claims is confidential highlighted with the viewing level "Selected Parties" viewable only by counsel of record and the Court. The redactions and highlights correspond with the redactions proposed by Defendant since Defendant's motion to seal remains pending. Plaintiffs do not believe this information should be sealed.

  Defendant has agreed to remove the confidential designation over the documents which form the basis of the supplement to the proposed SAC. As such, it is not being filed under seal.

  We thank the Court for its consideration of this request and remain available to address any questions which may arise.

              Respectfully Submitted,

              _____/s/_____
              Thomas L. Tisdale