

Herbert Smith Freehills New York LLP
450 Lexington Avenue, 14th floor
New York, NY 10017
USA
T  +1 917 542 7600
F  +1 917 542 7601
D  +1 917 542 7611
E  peter.behmke@hsf.com
www.herbertsmithfreehills.com

Hon. Lorna G. Schofield
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

Date
March 12 2024

*Defendant's request to deem the cases related and to transfer the Zodiac action is DENIED.  The Zodiac action involves a different Plaintiff, alleging different causes of action and different facts.  Among other things, the Zodiac Complaint alleges physical damage to a vessel's engine and fuel system.  The lack of comparable allegations in the Serifos matter was the basis for dismissal of tort claims under the economic loss rule.  That both cases involve Glencore's Terms and Conditions and its alleged provision of defective fuel is insufficient to find "substantial factual overlap."*

*Dated: March 13, 2024
        New York, New York*

LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE

Re:    **Notice of Related Case and Request to Transfer**

Dear Judge Schofield,

This firm represents Glencore Singapore Pte Ltd. ("**GSPL**").  GSPL is party to two actions pending in this district: (1) the action captioned *Serifos Maritime Corp. v. Glencore Singapore Pte Ltd.*, Case No. 1:22-cv-8012 (LGS) (the "**Serifos Action**"), which is pending before Your Honor, and (2) an action captioned *Zodiac Maritime Limited v. Glencore Singapore Pte Ltd.*, Case No. 1:22-cv-0351 (the "**Zodiac Action**"), which is currently assigned to the Honorable Dale E. Ho.

By letter to Judge Ho dated March 1, 2024, GSPL requested that the Zodiac Action be designated as related to the Serifos Action and transferred to Your Honor pursuant to Rule 13 of the Rules for the Division of Business Among District Judges.  The plaintiffs in the Zodiac Action opposed GSPL's request.

On March 11, 2024, Judge Ho directed the parties to address their respective submissions to Your Honor for decision.  *See* Zodiac Action ECF No. 19.

Accordingly, attached to this letter, please find a copy of GSPL's letter dated March 1, 2024 (Exhibit A) and the Zodiac Action plaintiffs' response dated March 5, 2024 (Exhibit B).

We are available to discuss the above at the Court's convenience.

Respectfully submitted,

*/s/ Peter J. Behmke*

Peter J. Behmke

cc:    Mark C. Hansen (via email, mhansen@kelloghansen.com)

Herbert Smith Freehills New York LLP and Herbert Smith Freehills, an Australian Partnership, are separate member firms of the international legal practice known as Herbert Smith Freehills.

Herbert Smith Freehills New York LLP is a limited liability partnership registered in England and Wales with registered number OC375072. Its registered office is at Exchange House, Primrose Street, London EC2A 2EG.