UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SERIFOS MARITIME CORPORATION, ET AL., <br><br> Plaintiffs, <br><br> -against- <br><br> GLENCORE SINGAPORE PTE LTD, <br><br> Defendant. | 22-CV-08012 (LGS)(RFT) <br><br> **ORDER** |

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

By Order of Reference dated March 8, 2024 (ECF 100), Judge Lorna G. Schofield referred this case to Magistrate Judge Katharine H. Parker for settlement. On March 11, 2024, that referral was reassigned to me.

A settlement conference is scheduled for **Wednesday, April 3, 2024 at 9:00 a.m.** through video conference. The Courtroom Deputy will email the conference details.

The parties are instructed to complete the Ex Parte Settlement Conference Summary Report and prepare pre-conference submissions in accordance with my Individual Rules of Practice. Pre-conference submissions must be received no later than **March 27, 2024, at 5:00 p.m**.

Corporate parties must send the person with decision-making authority to settle the matter to the conference.

DATED:  March 18, 2024
        New York, NY

SO ORDERED.

_____
**ROBYN F. TARNOFSKY**
United States Magistrate Judge