UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------
SERIFOS MARITIME CORPORATION          :
and ANDROS MARITIME AGENCIES LTD      :
                                      :
          Plaintiffs,                 :
                                      :
     - against -                      :      22-CV-8012 (LGS)
                                      :
GLENCORE SINGAPORE PTE LTD,           :
                                      :
          Defendant.                  :
-------------------------------------------------------

## JUDGMENT

WHEREAS, Plaintiffs Serifos Maritime Corporation and Andros Maritime Agencies Ltd. (collectively "Plaintiffs") filed an Amended Complaint on December 23, 2022, asserting claims against defendant Glencore Singapore Pte Ltd ("GSPL" or "Defendant") for breach of contract, ordinary and gross negligence, strict products liability and intentional misrepresentation based upon GSPL's purported delivery of off-specification fuel to the vessel the M/T Serifos; and

WHEREAS, on September 28, 2023, the Court issued an Opinion and Order (ECF No. 53; the "Dismissal Order") which granted in part and denied in part Defendant's motion to dismiss, and held that: (i) Plaintiffs' claim for breach of contract, as well as Plaintiffs' claims for ordinary and gross negligence, strict products liability and intentional misrepresentation, were dismissed, with the exception that (ii) GSPL's motion to dismiss Plaintiffs' First Amended Complaint was "denied to the extent the breach of contract claim seeks damages for removing and replacing the off-specification fuel," but "subject to the damages cap of $300,000" (the "Plaintiffs' Remaining Contract Claim"); and

WHEREAS, on February 15, 2024, the Court denied Plaintiffs' request to file a Second Amended Complaint on the grounds that it would be futile (ECF No. 93; the "Amendment Order"); and

WHEREAS, Plaintiffs have offered, Defendant has agreed to, and the Court has ordered the with prejudice dismissal of Plaintiffs' Remaining Contract Claim; it is hereby

ORDERED, ADJUDGED, AND DECREED, that , pursuant to Fed. R. Civ. P. 58(d), final judgment is hereby entered in favor of GSPL because: (i) Plaintiffs' Remaining Contract Claim has been voluntarily dismissed, with prejudice; and (ii) Plaintiffs' other claims against GSPL were dismissed pursuant to the Dismissal Order and the Amendment Order.

Dated: April 24, 2024

_____
**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**

2